| | |
|---|---|
| 1 | Lowell W. Finson, AZ Bar ID 010872 |
| | *(Appearance Pro Hac Vice)* |
| 2 | PHILLIPS & ASSOCIATES |
| | Qwest Building, 26th Floor |
| 3 | 20 East Thomas, Road, Suite 2600 |
| | Phoenix, Arizona 85012 |
| 4 | Tel: (602) 258-8900 |
| | Fax: (602) 288-1671 |
| 5 | lowellf@phillipslaw.ws |
| 6 | Attorneys for Plaintiff |
| | Diane Cross |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
| | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:* | |
| *Diane Cross v. Pfizer Inc. et al* | |
| No. 3:09-cv-03932-CRB | |

Come now the Plaintiff DIANE CROSS, individually and as representative of the estate of WILLIAM ONDAR, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/21, 2009   PHILLIPS & ASSOCIATES
By: _____
Lowell W. Finson, Esq.
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012

Attorney for Plaintiff

-1-

1  DATED: 2/1/2010                    GORDON & REES

2                                     By: /s/ Stuart M. Gordon
3                                     Stuart M. Gordon, Esq.
                                      275 Battery Street, Suite 2000
4                                     San Francisco, CA 94111
                                      E-mail: sgordon@gordonress.com
5                                     CA bar No.: 37477

6                                     Attorney for Defendants

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

9  **IT IS SO ORDERED.**

10  Dated FEB 2 6 2010

11

12                                    _____
                                      Hon. Charles R. Breyer
13                                    United States District Judge

- 2 -