Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Diane Cross

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

*This document relates to:*

*Diane Cross v. Pfizer Inc. et al*

No. 3:09-cv-03932-CRB

Come now the Plaintiff DIANE CROSS, individually and as representative of the estate of WILLIAM ONDAR, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/21 , 2009          PHILLIPS & ASSOCIATES
                             By: _____
                                 Lowell W. Finson, Esq.
                                 Qwest Building, 26th Floor
                                 20 East Thomas, Road, Suite 2600
                                 Phoenix, Arizona 85012

                             Attorney for Plaintiff

-1-

1  DATED: 2/13 2010   GORDON & REES

2  By: _____
   Stuart M. Gordon, Esq.
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  E-mail: sgordon@gordonress.com
   CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -